AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
JOHN HILL

*Defendant(s)*

Case No. 5:24-mj-1220-PRL

SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 17, 2024 in the county of Citrus in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | Possession of child pornography involving a prepubescent minor |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Caleb Turner
*Complainant's signature*

Caleb D. Turner, FBI Special Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: October 3, 2024

P. Lammens
*Judge's signature*

City and state: Ocala, Florida

Philip R. Lammens, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA CASE NO. 5:24-mj-1220-PRL

COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Caleb D. Turner, being duly sworn, state as follows:

## INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation (FBI) and have been so employed since February 2, 2023. Accordingly, I am a "Federal Law Enforcement Officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I am currently assigned to the Jacksonville (Florida) Division of the FBI where I conduct a variety of investigations in the area of criminal matters including the investigation of crimes against of children. In the performance of my duties, I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children in violation of 18 U.S.C. § 2252A. I have experience in searches pertaining to the possession, collection, production, and transportation of child pornography.

2. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers and personnel. Because this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

## STATUTORY AUTHORITY

3. This investigation concerns alleged violations of 18 U.S.C. § 2252A, relating to material involving the sexual exploitation of minors. Based upon my training and experience, I know the following:

a. 18 U.S.C. § 2252A(a), in pertinent part, prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing, or accessing with intent to view any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including by computer.

b. 18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly possessing or knowingly accessing with intent to view any book, magazine, periodical, film, videotape, computer disk, or other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

c. The internet is a facility of interstate commerce.

## BACKGROUND OF INVESTIGATION AND FACTS ESTABLISHING PROBABLE CAUSE

4. Based on the following information, I submit that probable cause exists to believe that John HILL ("HILL") possessed child pornography involving prepubescent minors, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2), on September 17, 2024.

5. On or about February 12, 2024, a complaint was generated by the National Center for Missing and Exploited Children ("NCMEC") regarding an individual uploading images by using the internet from a cell phone serviced by Verizon with the phone number 727-XXX-8795 ("the DEVICE"). The uploaded images appeared to be child pornography. There were hundreds of images. The Citrus County Sheriff's Office ("CCSO") discovered nine Cyber Tips from NCMEC that were related to the DEVICE from in or about February 2024.

6. Based on the initial Cyber Tip and subsequent tips related to the DEVICE, CCSO served two search warrants to a cloud-based storage provider, known as Synchronoss Technologies, which is linked to the DEVICE.[1]

[1] Synchronoss Technologies is headquartered in Bridgewater, New Jersey. The Verizon Synchronoss Personal Cloud transfers large data responsibly across mobile networks using links and thumbnails to reduce network traffic and lower the impact on the users' data. With the Synchronoss Personal Cloud, subscribers can access, sync, and manage their content from any device running on most major mobile operating systems. Due to the syncing abilities of the cloud-based storage, it is believed that all content found from the search warrants would also be on any other internet-based devices associated with the user of the DEVICE.

4. From on or about February 26, 2024, to on or about March 14, 2024, CCSO received and reviewed approximately 13,234 files of photos and videos from Synchronoss Technologies. The material included hundreds of images of child pornography as well as child erotica. There were also videos and images of a man masturbating and engaging in sexual intercourse with a woman. CCSO identified the man as HILL and the woman as A.C., based on their driver's license photograph obtained from the Driver and Vehicle Information Database (DAVID).[2] Both HILL and A.C. reside at a residence in Homosassa, Citrus County, Florida, within the Middle District of Florida ("the PREMISES").[3]

5. In August 2024, CCSO notified the FBI of the results of their search warrant. Upon review of the material, the FBI also found thousands of obscene, pornographic files, including adult pornography and sexually explicit conduct with children and pre-pubescent minors.

6. The following are examples of the thousands of files provided in the search warrant returns of Synchronoss Technologies for the DEVICE. Because the images were stored by an internet-based cloud storage provider, they have been transmitted in interstate and/or foreign commerce by means of a computer.

[2] Of the images obtained from Synchronoss Technologies, there was a picture of HILL's Florida driver's license. The photograph on the license matched the man depicted in the video files described above.

[3] HILL's and A.C.'s Florida driver's licenses list the PREMISES as their residence.

a. File "Screenshot_20240208_174032_Chrome": This is an image depicting a fully nude prepubescent female. This age evaluation is based on the lack of pubic hair and physical development. The tip of a penis is visible in the image and semen is observed on the penis. There also appears to be semen on the stomach of the child.

b. File "Screenshot_20240220_172105_Chrome": This is an image depicting a fully nude prepubescent female. This age evaluation is based on the lack of pubic hair and physical development. A penis is depicted penetrating the child's vagina. Two hands are depicted in the image grabbing the child's waist. One of the hands is wearing a wedding band. Two other females appear to be in the background.

c. File "Screenshot_20240220_174712_Chrome": This is an image depicting a pre-pubescent female laying on a bed with her underwear around her ankles. This age evaluation is based on the lack of pubic hair and physical development. Her vagina is observed, and she is in a sexually suggestive pose.

d. File "Screenshot_20240222_050745_Chrome": This is an image depicting a fully nude prepubescent female. This age evaluation is based on the lack of pubic hair and physical development. The child is standing with hand cuffs around her ankles. The hand cuffs appear to have a chain that is fixated to the wall behind her. There is a fully nude adult female with her face next to the juvenile female's waist.

e. File "Screenshot_20220726-101246_Chrome": This is an image depicting a fully nude prepubescent female. This age evaluation is based on the lack of

pubic hair and physical development. She is on her knees. An adult male is performing oral sex on her. There is another female depicted who is performing oral sex on the adult male.

7. The FBI reviewed the other content collected from the two search warrants CCSO executed on Synchronoss Technologies that were linked to the DEVICE. The content includes what appears to be self-taken images of HILL and videos of him masturbating in the woods.

8. A subpoena was issued to Verizon for information related to the DEVICE. The Verizon records provided that the subscriber of the DEVICE resides at the PREMISES. The listed subscriber is A.C. The subpoena also revealed there were four other numbers associated with the account. CCSO discovered that there were two minor juveniles residing with A.C. and HILL at the PREMISES.

9. A subpoena was issued to the Citrus County School Board. The results of this subpoena revealed that HILL and A.C. were listed as the mother and father of both juveniles who reside in the PREMISES. Within the emergency contacts section, HILL listed the DEVICE as a number to contact him.

10. On or about August 28, 2024, CCSO conducted a “911 hang up” ruse at the PREMISES. A CCSO deputy made contact with A.C. and HILL who confirmed they live at the PREMISES.

11. On or about September 5, 2024, this Court issued a search warrant for the PREMISES and the DEVICE. *See* Case Nos. 5:24-mj-1216-PRL, 5:24-mj-1217-PRL (sealed).

12. On September 17, 2024, federal agents executed the search warrants at the PREMISES. Agents conducted a search of the PREMISES at approximately 7:15 am. HILL was present. Pursuant to the federal search warrants, agents seized the DEVICE, which HILL produced from the left front pocket of his pants. HILL confirmed that the phone number on the search warrant was the number of the DEVICE he gave agents. Agents advised HILL that they had a valid search warrant to seize and search the DEVICE as well as to search the PREMISES. In a recorded interview, after HILL was advised of and waived his *Miranda* rights, HILL stated that although his wife's name was on the phone billing records, he was the one that paid the phone bill.

13. The DEVICE was relinquished to CCSO Detective Nicholas Norton, who then conducted a forensic review. The forensic review is ongoing, but Detective Norton has already discovered multiple images of child pornography on the DEVICE. Below is a description of some of the images found, per CCSO:

a. File "Screenshot_20240808_073158_Chrome.jpg": This image depicts a fully nude juvenile female with her legs spread, exposing her vagina and breasts. The focal point of the image is the juvenile's vagina and breasts. Due to the

lack of breasts development and pubic hair, the female is likely a prepubescent female between the ages of 7 to 10.

b. File "Screenshot_20240808_073226_Chrome.jpg": This image depicts a fully nude juvenile female with her legs spread, exposing her vagina and breasts. The focal point of the image is the juvenile's vagina and breasts. Due to the lack of breasts development and pubic hair, the female is likely a prepubescent female between the ages of 7 to 10.

c. File "Screenshot_20240623_105242_Chrome.jpg": This image depicts a fully nude juvenile female with her legs spread, exposing her vagina and breasts. The focal point of the image is the juvenile's vagina and breasts. Due to the lack of breasts development and pubic hair, the female is likely a prepubescent female between the ages of 7 to 10.

d. File "Screenshot_20240729_125405_Chrome.jpg": This image depicts a fully nude juvenile female lying on her stomach on what appears to be a bed. The juvenile has her legs spread and buttocks raised up off the bed with her vagina and anus visible. The focal point of the image is the juvenile's vagina and anus. Due to the lack of pubic hair, the female is likely a prepubescent female between the ages of 7 to 10.

e. File "Screenshot_20240610_073935_Chrome.jpg": This image depicts a juvenile female fully nude with her legs spread lying on what appears to be a sofa. The juvenile has her vagina and breasts visible. The focal point of the image is

the juvenile female's vagina and breasts. Due to the lack of pubic hair, the female is likely a prepubescent female between the ages of 6 to 8.

f. File "Screenshot_20240514_064052_Chrome.jpg": This image depicts a juvenile female fully nude lying on what appears to be a sofa. The female has her legs spread, exposing her vagina and breasts. The female is inserting what appears to be a sex toy, commonly known as a dildo, into her vagina. The focal point of the image is the juvenile inserting a sex toy into her vagina. Due to the lack of breasts development and pubic hair, the female is likely a prepubescent female between the ages of 7 to 10.

g. File "Screenshot_20240623_105251_Chrome.jpg": This image depicts a juvenile female bent over on what appears to be a chair. The juvenile is only wearing a tee shirt and has her vagina and anus fully visible in the image. The focal point of the image is the juvenile female's vagina and anus. Due to the lack of pubic hair, the female is likely a prepubescent female between the ages of 7 to 10.

14. In reviewing the phone data, the FBI also found Google Chrome web history showing visits to sites with the following names:

- "XPLAY PEDO – Child Porn CP" (visited on June 19, 2024)
- "CHILD PORN HD Videos 636GB, PHTC 2020" (visited on June 19, 2024)

- "Free Child Sex Photos Loliporn Lesbian – Free Child Sex Photos – Listed Onions – cp group chat mom fist naked underage teens incest mother and daughter" (visited on June 25, 2024)
- "Pedo Videos best ages 3-15yo girls CP Boys photos Sex kids Childrens PTHC Lolita Porn" (visited on August 28, 2024)
- "lolita child porn Child porn CP" (visited on July 27, 2024)

The websites listed above are not exhaustive and only samples of various other websites visited using the DEVICE. The results also depicted a "visit count" with some websites being visited more than once.

**CONCLUSION**

Based on the foregoing, I have probable cause to believe that HILL possessed child pornography involving prepubescent minors, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

Caleb Turner

Caleb D. Turner, Special Agent
Federal Bureau of Investigation

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this __3rd__ day of October 2024.*

P. Lammens

PHILIP R. LAMMENS
United States Magistrate Judge